

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00050-CV

**IN THE INTEREST OF A.G.** and T.G., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00237
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We ORDER no costs assessed because appellant is indigent.

SIGNED July 21, 2021.

Luz Elena D. Chapa, Justice